United States District Court
Southern District of Texas
**ENTERED**
May 18, 2026
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                    **Cr. No. H-26-129**

**JUAN CARLOS MURILLO-MURCIA**

### ORDER

Juan Carlos Murillo-Murcia's Unopposed Motion for Continuance is GRANTED. The re-arraignment is reset to June 4, 2026, at 10:00 a.m.

SIGNED at Houston, Texas, on the __18th__ day of __May__ 2026.

_____
Honorable Richard W. Bennett
United States Magistrate Judge